DISMISS; Opinion issued October 4, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-11-01399-CV

---

### DEBRA KAY HEALY, Appellant

### V.

### ROBERT FUSTON, Appellee

---

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-1950-2011**

---

# MEMORANDUM OPINION

Before Justices O'Neill, FitzGerald, and Lang-Miers

On October 13, 2011, appellant Debra Kay Healy filed a notice of appeal in this case. On March 15, 2012, we notified appellant that the brief she tendered was defective, and, if she did not file an amended brief within ten days, the appeal could be dismissed. Despite being granted an extension to file the amended brief, appellant has failed to do so. On August 12, 2012, appellee filed a motion to dismiss this appeal. Appellant has not replied to the motion to dismiss or otherwise communicated with this Court regarding her appeal.

Accordingly, we **DISMISS** this appeal. *See* TEX. R. APP. P. 38.8(a)(1).

PER CURIAM

111399F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DEBRA KAY HEALY, Appellant

No. 05-11-01399-CV      V.

ROBERT FUSTON, Appellee

Appeal from the County Court at Law No. 6 of Collin County, Texas. (Tr.Ct.No. 006-1950-2011).
Opinion delivered per curiam before Justices O'Neill, FitzGerald, and Lang-Miers.

Based on the Court's opinion of this date, this appeal is **DISMISSED**. Appellee is **ORDERED** to recover his costs of this appeal from appellant.

Judgment entered October 4, 2012.


KERRY P. FITZGERALD
JUSTICE